**2013–1548.   State ex rel. Collins v. Tibbals.**
In Habeas Corpus. On petition for writ of habeas corpus of Shawn Collins Jr. Sua sponte, cause

dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.